```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                    SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION


LARRY MARSHALL, et al.,          :

      Plaintiff,                 :

vs.                              :   CIVIL ACTION 06-0840-CB-M

                                 :

      Defendants.                :
```

ORDER

Plaintiff Larry Marshall has filed an objection (Doc. 13) to the Report and Recommendation of the Magistrate Judge.  After plaintiff failed--despite having been given numerous opportunities--to state a basis for subject matter jurisdiction, a short and plain statement of the facts entitling him to relief, the relief sought or even the name of the defendant or defendants, the Magistrate Judge recommended that this action be dismissed for lack of subject matter jurisdiction and for failure to comply with Fed. R. Civ. P. 8(a).  In his objection, plaintiff has identified, for the first time, a defendant-Akedemiks Corporation.[1] Otherwise, his statement of facts and issues is only slightly more comprehensible than in past pleadings.  In sum, the Court agrees with the Magistrate Judge's assessment that

---

[1] He does not, however, provide an address for service of process, a requirement set out in one of the Magistrate Judge's earlier orders.

this action should be dismissed for the reasons stated.

Therefore, after due consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for lack of subject matter jurisdiction or, in the alternative, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with Rule 8(a) of the Federal Rules of Civil Procedure and with the Court's Orders.

**DONE** this 2nd  day of September, 2008.


                              S/Charles R. Butler, Jr.
                              **SENIOR UNITED STATES DISTRICT JUDGE**